# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Ornelas-Galaviz,<br>A099 469 620<br>*Defendant* | )<br>)<br>) Case No. 16-7414 MJ<br>)<br>)<br>) |

*DOA: 11/12/16*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 12, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Ornelas-Galaviz, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about January 12, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:    *CEB* Charles E. Bailey, P.S. for Matthew Binford

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 14, 2016

*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state:    Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 12, 2016, Border Patrol Agent T. Goss encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Juan Ornelas-Galaviz, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Ornelas-Galaviz was transported to the Casa Grande Border Patrol Station for further processing. Ornelas-Galaviz was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Juan Ornelas-Galaviz to be a citizen of Mexico and a previously deported criminal alien. Ornelas-Galaviz was removed from the United States to Mexico through Nogales, Arizona, on or about January 12, 2015, pursuant to the reinstatement of a removal order issued by an immigration judge.

1

There is no record of Juan Ornelas-Galaviz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ornelas-Galaviz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Ornelas-Galaviz was convicted of Facilitation to Transport Marijuana for Sale, a felony offense, on June 8, 2009, in the Superior Court of Arizona, Pinal County. Ornelas-Galaviz was sentenced to one and a half (1.5) years' imprisonment. Ornelas-Galaviz's criminal history was matched to him by electronic fingerprint comparison.

5. On November 13, 2016, Juan Ornelas-Galaviz was advised of his constitutional rights. Ornelas-Galaviz freely and willingly acknowledged his rights and agreed to provide a statement under oath. Ornelas-Galaviz stated that his true and complete name is Juan Ornelas-Galaviz and that he is a citizen of Mexico and of no other country. Ornelas-Galaviz stated that he illegally entered the United States at or near San Ysidro, California, on or about October 1, 2016, without inspection by an immigration officer. Ornelas-Galaviz further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 12, 2016, Juan Ornelas-Galaviz, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 12, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 14th day of November, 2016.

_____
Bridget S. Bade
United States Magistrate Judge

3